**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No. 04-04044-01-CR-C-SOW |
| | ) | |
| Plaintiff, | ) | 21 U.S.C. §§ 846 and 841(a)(1) |
| | ) | NLT 10 years; NMT Life |
| v. | ) | and/or $4 million fine |
| | ) | Supervised Release: NLT 5 years |
| **EDWARD WALTER KELLEY,** | ) | |
| [DOB: 1956] | ) | |
| | ) | $100 mandatory |
| Defendant. | ) | penalty assessment |

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

(Conspiracy to Manufacture Methamphetamine)

From an unknown date, but no later than March 2002, and continuing to on or about February 19, 2003, in the Western District of Missouri, EDWARD WALTER KELLEY, Defendant, knowingly and intentionally combined, conspired, confederated and agreed with Keith Major Shearin, William Arthur O'Cull, Christina Marie O'Cull, Joy Denise Shearin, and with other persons known and unknown to the Grand Jury, to knowingly and intentionally manufacture 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

**A TRUE BILL.**

/S/
_____
**FOREPERSON OF THE GRAND JURY**


/S/
_____
**C. DOUGLAS SHULL**
Special Assistant United States Attorney
Missouri Bar No. 49893

2